LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
*Attorneys for Defendant,*
ALBERTSONS, LLC d/b/a ALBERTSONS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA RIOS-FERNANDEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC dba ALBERTSONS.<br>DOES I through X; and ROE CORPORATIONS<br>I though X, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-00007-CDS-MDC |

**STIPULATION  TO DISMISS DEFENDANT ALBERTSON'S LLC D/B/A ALBERTSONS, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC d/b/a ALBERTSONS, and Plaintiff, MARTHA RIOS-FERNANDEZ, by and through LEILA L. HALE, ESQ., and BRANDON C. VERDE, ESQ., of HALE INJURY LAW as follows:

/ / /

/ / /

/ / /

Page 1

*Martha Rios-Fernandez v. Albertson's LLC*
Case No.: 2:24-cv-00007-CDS-|

That Defendant, ALBERTSON'S LLC d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 23rd day of September, 2025.          DATED this 25th day of September, 2025.

BRANDON | SMERBER LAW FIRM                      HALE INJURY LAW

/s/ Lew Brandon, Jr., Esq.

LEW BRANDON, JR., ESQ.                          LEILA L. HALE, ESQ.
Nevada Bar No. 5880                             Nevada Bar No. 7368
RYAN M. VENCI, ESQ.                             BRANDON C. VERDE, ESQ.
Nevada Bar No. 7547                             Nevada Bar No. 14638
139 E. Warm Springs Rd.                         1661 West Horizon Ridge Parkway, Suite 200
Las Vegas, Nevada 8919                          Henderson, Nevada 89012
*Attorneys for Defendant,*                      *Attorneys for Plaintiff,*
*ALBERTSON'S LLC dba ALBERTSONS*                *MARTHA RIOS-FERNANDEZ*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: September 29, 2025

Page 2